CIVIL APPEALS – CERTIFICATE
To Be Filed with Court of Appeals
TRIAL COURT NO.14209B

STRUCTURAL INSULATED PANEL
TEXAS, LP AND MATTAM ENTERPRISES, L.L.C.

VS

STEVEN M. CHAPMAN AND CYNTHIA C. CHAPMAN

FILED IN
IN THE DISTRICT COURT OF APPEALS
SAN ANTONIO, TEXAS
11/16/2015 2:40:40 PM
Clerk

IN THE DISTRICT COURT OF

198TH JUDICIAL DISTRICT

KERR COUNTY, TEXAS

Date Notice of Appeal Filed:   November 12th, 2015

1. Has a motion for new trial been filed:   _X_ Yes   SEPTEMBER 22ND, 2015

   Will a motion for new trial be filed:   ____Yes  ___No

2. Date of Judgment signed: AUGUST 26TH, 2015

3. The Honorable M. Rex Emerson presided at trial.

4. The Appellant is represented by:  VERNON HARRISON SBN 09132000
   11645 Hwy 6 S #53, Sugar Land, Tx  77498 (830)329-2658

5. The Appellee is represented by:  ALBERT D PATTILLO SBN 15623350
   280 Thompson Drive, Kerrville, Tx  78028 830-257-8080

6. Supersedeas Bond   ____was or __X__ was not filed.  Amt.$_____

7. Name & Address of Court Reporter:  Paula Beaver,  830-537-4724
   PO Box 233, Comfort, Tx 78013

8. Type of Case:  Other Injury or Damages

Witness my hand this the _16th_ day of November, 2015

Robbin Burlew
Kerr County District Clerk

By_____Deputy
   Tammy Marquart

**Case No. 14209B**

| | | |
|---|---|---|
| STRUCTURAL INSULATED | ) | IN THE DISTRICT COURT |
| PANELS TEXAS, LP AND | ( | |
| MATTAM ENTERPRISES, L.L.C. | ) | |
| | ( | 198TH JUDICIAL DISTRICT |
| V. | ) | |
| | ( | |
| STEVEN M. CHAPMAN AND | ) | |
| CYNTHIA C. CHAPMAN | ( | KERR COUNTY, TEXAS |

FILED 11-12 20 15

@ 9:50 A M

ROBBIN BURLEW
District Clerk, Kerr County, TX
By_____ Deputy

## NOTICE OF APPEAL

This Notice of Appeal is filed by STRUCTURAL INSULATED PANELS TEXAS, LP AND MATTAM ENTERPRISES, L.L.C., hereafter called APPELLANTS, Plaintiffs in this cause and they seek to alter the trial court's ORDER GRANTING DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT and the order of the trial court denying Plaintiff's Motion for Continuance and would show the court as follows:

### I.

1.1 The Trial Court, cause number, and style of the case are listed in the caption of this case as shown above.

### II.

2.1 The Order described above is a final and appealable order and was signed on August 26, 2015, and the Plaintiff/Appellant's Motion for New Trial having been over-ruled by operation of law on November 9, 2015.

### III.

3.1 The Appellants named above, acting through their attorney of record, desire to appeal all portions of the order and the trial court's denial of Plaintiff/Appellant's

motion for continuance, and does hereby file this notice of appeal with the clerk of the trial court, the District Clerk of Kerr County, Texas.

## IV.

4.1 This appeal is being taken to the Fourth (4TH) Court of Appeals, in San Antonio, Texas.

## V.

5.1 The names of the parties filing this notice of appeal are Structural Insulated Panels Texas, LP and Mattam Enterprises, L.L.C.

Respectfully Submitted,

VERNON HARRISON
ATTORNEY FOR
PLAINTIFF/APPELLANTS
11645 Hwy 6 S #53
Sugar Land, Texas 77498
830-329-2652
SBN 09132000
Email: vlharrisonjr@yahoo.com

## CERTIFICATE OF SERVICE

I, Vernon Harrison, do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal was furnished to all parties and/or their counsel as required by the Texas Rules of Civil and Appellate Procedure on the ___ day of November, 2015.

VERNON HARRISON

| | | |
|---|---|---|
| STRUCTURAL INSULATED | ) | IN THE DISTRICT COURT |
| PAMELS TEXAS, LP AND | ( | |
| MATTAM ENTERPRISES,L.L.C. | ) | |
| | ( | 198TH JUDICIAL DISTRICT |
| V. | ) | |
| | ( | |
| STEVEN M. CHAPMAN AND | ) | |
| CYNTHIA C. CHAPMAN | ( | KERR COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

STRUCTURAL INSULATED PANELS TEXAS, LP AND MATTAM ENTERPRISES, L.L.C., hereafter called PLAINTIFF/MOVANT, moves this Court to set aside the summary judgment rendered against them on August 26, 2015, and grant them a new trial in this cause.

## I.

1.1 This Motion is presented within the time limits prescribed by the Texas Rules of Civil Procedure for a Motion for New Trial.

## II.

2.1 The Court erred in failing to grant the motion for continuance filed by Plaintiff/Movant prior to the hearing. The Defendants provided no notice to Plaintiff/Movant of the date and time of the hearing set to hear the motion for summary judgment. Actual notice was not received by Plaintiff/Movant until 20 days prior to the hearing instead of the 21 days required by Rule 166a. The Plaintiff/Movant did not have adequate time to prepare and the motion for continuance should have been granted.

2.2 The Court's sustaining of Defendants' objections to documents 1,2,3,4, & 5 was not justified by the facts or argument of counsel. The said documents were properly attached to valid affidavits and went to show that the Plaintiff/Movant had a valid claim against the Defendants.

2.3 The Court erred in Granting Defendants' objection to the affidavit of Vernon Harrison.

2.4 The Court erred in sustaining Defendants' objection to the affidavit of Matt Moser.

2.5 The Court erred in sustaining Defendants' objection to the affidavit of Tom Moser.

## III.

3.1 The Court's Order Granting Defendants' Motion For Final Summary Judgment is not supported by the law or the facts in light of the Court's error in 1) failing to grant

Plaintiff/Movant's Motion for Continuance, and 2) granting objections to all of Plaintiff/Movant's proffered summary judgment evidence.

3.2 There is evidence to sustain and support Plaintiff/Movant's causes of action, and the Court should have denied the motion for summary judgment and allowed the case to proceed to trial.

## IV.

4.1 Plaintiff/Movant has meritorious claims against the Defendants..

4.2 The granting of a new trial will not prejudice the other party to this cause.

4.3 Plaintiff/Movant is ready, able and willing to go to trial immediately and no delay, harm or prejudice will occur to the other party as a result of Plaintiff/Movant's motion.

## PRAYER.

Plaintiff/Movant prays that after notice that the Court hold a hearing, and after such hearing the summary judgment rendered in this cause be set aside and that Plaintiff/Movant be granted a new trial.

Respectfully Submitted,

VERNON HARRISON
ATTORNEY FOR
PLAINTIFF/MOVANT
11645 Hwy 6 S #53
Sugar Land, Texas 77498
830-329-2652
SBN 09132000

## CERTIFICATE OF SERVICE

I, Vernon Harrison, do hereby certify that a true and correct copy of the above and foregoing Motion for New Trial was furnished to all parties and/or their counsel as required by the Texas Rules of Civil Procedure on the 21st day of September, 2015.

VERNON HARRISON

NO. 14209B

| STRUCTURAL INSULATED PANELS TEXAS, LP AND MATTAM ENTERPRISES, L.L.C. Plaintiffs, | § | IN THE DISTRICT COURT |
|---|---|---|
| | § § | |
| V. | § § | 198TH JUDICIAL DISTRICT |
| STEVEN M. CHAPMAN AND CYNTHIA C. CHAPMAN Defendants. | § § § § | OF KERR COUNTY, TEXAS |

### ORDER GRANTING
### DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT

On this day, the Court heard and considered Defendants Steven M. Chapman and Cynthia C. Chapman's Motion for No-Evidence Summary Judgment, and the response thereto, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiffs take nothing, and their suit against Defendants is dismissed with prejudice to re-file.

**IT IS FURTHER ORDERED** that Plaintiffs, Structural Insulated Panels Texas, LP and Mattman Enterprises, L.L.C., jointly and severally, shall immediately pay to Defendants Steven M. Chapman and Cynthia C. Chapman, the sum of $ ___0___ as reasonable and necessary attorney fees.

This is a full and final judgment disposing of all issues and parties, and is appealable.

Let execution issue.

SIGNED on ___Aug 26___, 2015.

_____
JUDGE PRESIDING